# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00246-CV

**Alison Whittington and Matthew Whittington, Appellants**

**v.**

**Ranch at Cypress Creek Municipal Utility District No. 1, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## NO. 18-0152-CC2-4, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal with prejudice. We grant the motion and dismiss the appeal with prejudice to refiling. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Joint Motion

Filed: December 16, 2021